UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE R. HAACK,

    Plaintiff,

v.

    Case No. 23-12273

    Hon. F. Kay Behm

LAPEER COUNTY ROAD
COMMISSION and
ZEBADIAH SCHONS,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order issued on this date, judgment is entered in favor of Defendants.

**SO ORDERED**.

Dated: August 19, 2025

    s/F. Kay Behm
    F. Kay Behm
    United States District Judge